# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0156
LT Case No. 16-2020-CF-2006

_____

KEYON MAURICE PAIGE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Jessica J. Yeary, Public Defender, and David Alan Henson,
Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Darcy O. Townsend,
Assistant Attorney General, Tallahassee, for Appellee.

December 19, 2023


PER CURIAM.

    AFFIRMED.

JAY, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____